**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 24-1995**

_____

WALTER JOSE GALEAS SANCHEZ,

Petitioner,

v.

PAMELA JO BONDI, Attorney General,

Respondent.

_____

On Petition for Review of an Order of the Board of Immigration Appeals.

_____

Submitted:  September 17, 2025                    Decided:  October 1, 2025

_____

Before THACKER, QUATTLEBAUM, and HEYTENS, Circuit Judges.

_____

Petition denied by unpublished per curiam opinion.

_____

**ON BRIEF:** Japheth Matemu, MUSA-OBREGON LAW, P.C., Maspeth, New York, for Petitioner.  Yaakov M. Roth, Acting Assistant Attorney General, Julie M. Iverson, Senior Litigation Counsel, Arthur L. Rabin, Office of Immigration Litigation, Civil Division, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Respondent.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Walter Jose Galeas Sanchez, a native and citizen of El Salvador, petitions for review of an order of the Board of Immigration Appeals (Board) dismissing his appeal from the Immigration Judge's denial of his applications for asylum, withholding of removal, and protection under the Convention Against Torture (CAT). The Board held that Galeas Sanchez waived review of independently dispositive rulings regarding his request for asylum and withholding of removal and, upon review, we agree. As the Attorney General has properly invoked the exhaustion requirement specified in 8 U.S.C. § 1252(d)(1), we decline to review the asylum and withholding of removal claims.* *See Santos-Zacaria v. Garland*, 598 U.S. 411, 413, 419 (2023); *Trejo Tepas v. Garland*, 73 F.4th 208, 213-14 (4th Cir. 2023). Next, we have considered Galeas Sanchez's challenge to the denial of CAT protection and conclude that substantial evidence supports the denial of relief. *Cabrera Vasquez v. Barr*, 919 F.3d 218, 222 (4th Cir. 2019) (stating standard of review). Accordingly, we deny the petition for review. *In re Galeas Sanchez* (B.I.A. Sep. 10, 2024). We deny the motion for summary disposition as moot and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*

---

* For this reason, we need not address Galeas Sanchez's arguments challenging the denial of asylum and withholding of removal based on the Red Notice. *See INS v. Bagamasbad*, 429 U.S. 24, 25 (1976) (recognizing that courts of appeal are generally not required to make findings on "issues the decision of which is unnecessary to the results they reach").